In the Matter of the Probate of the Will of WILLIAM H. KIRKHOLDER, Deceased.

FLORINE A. KIRKHOLDER, Appellant; MATILDA C. KNAPP et al., Respondents.

Reported below, 130 App. Div. 905.
(Argued May 31, 1909; decided June 8, 1909.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 4, 1909, which affirmed a decree of the Erie County Surrogate's Court refusing to admit to probate a paper propounded as the last will of William H. Kirkholder, deceased.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous, the exceptions frivolous, and the appeal taken only for purposes of delay.

*William C. Crombie* for motion.

*John D. Keller* opposed.

Motion denied, with ten dollars costs.